**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )
                                   )
      v.                       )   Criminal Action No. 08- 86 - m
                                   )
DARREN HARRIS                      )
                                   )
        Defendant.                 )

**MOTION FOR DETENTION HEARING**

    **NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

    1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

        \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

        \_\_\_\_ Maximum sentence life imprisonment or death

        \_\_\_\_ 10+ year drug offense

        \_\_\_\_ Felony, with two prior convictions in above categories

        \_\_\_\_ Minor victim

        \_X\_ Possession/ use of firearm, destructive device or other dangerous weapon

        \_\_\_\_ Failure to register under 18 U.S.C. § 2250

        \_X\_ Serious risk defendant will flee

        \_\_\_\_ Serious risk obstruction of justice

    2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

        \_X\_ Defendant's appearance as required

        \_X\_ Safety of any other person and the community

3. **Rebuttable Presumption**.  The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

    \_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

    \_\_\_\_ At first appearance

    \_X\_\_ After continuance of \_3\_\_ days (not more than 3).

5. **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        \_\_\_\_ (a) on release pending trial for a felony;

        \_\_\_\_ (b) on release pending imposition or  execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_\_ (c) on probation or parole for an offense.

  \_\_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  \_\_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this _____ day of _____ May _____, 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____

Shawn A. Weede
Assistant United States Attorney

3