IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 08-087-1-SLR |
| DARREN HARRIS, | ) ) ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this 29th day of July, 2008, having conferred with counsel;

IT IS ORDERED that:

1. An evidentiary hearing is scheduled for **Monday, September 15, 2008** at **4:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **September 15, 2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice.  18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge